UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

LARRY P. MARTIN,

    Plaintiff,

  v.        Case No. 18-C-1570

UNITED STATES OF AMERICA,

    Defendant.

---

## ORDER LIFTING STAY AND EXTENDING DEADLINES

---

  IT APPEARING THAT appropriations have been restored to fund the Department of Justice, IT IS THEREFORE ORDERED that the stay entered by this Court by Order dated January 17, 2019 is hereby lifted, and any and all deadlines in the above-captioned case (whether established by order, rule, or agreement), including but not limited to any responsive pleading deadlines, are extended by 35 days.

  Dated at Green Bay, Wisconsin this 31st day of January, 2019.

           s/ William C. Griesbach
           William C. Griesbach, Chief Judge
           United States District Court