

800 N. Lynndale Dr.
Appleton, WI 54914
920.739.7366
Fax: 920.739.6352

Green Bay
920.468.7366

New London
920.982.9652

Oshkosh
920.385.0616

January 14, 2020

**Via E-Filing**

The Honorable Judge William C. Griesbach
United States District Court – WIED
Jefferson Court Building
125 S. Jefferson St., Suite 203
Green Bay, WI 54301

    **Re:**    **Larry P. Martin v. United States of America, et al.**
            **Eastern District of WI Case No. 18 CV 01570**
            **Mediation of December 19, 2019**

Dear Judge Griesbach:

Please be advised that the above-referenced matter has settled and the upcoming trial can be removed from your calendar. Closing documents will be circulating shortly and filed when completed.

Thank you for your time and attention to this matter.

Very truly yours,

RICHARD T. ELROD
Direct Dial: (920) 882-3215

RTE/ejc

cc:    Attorney Carter B. Stewart
        Attorney Matthew R. Falk
        Attorney Rick J. Mundt

Tyler J. CLARINGBOLE
John D. CLAYPOOL
Greg P. CURTIS
Richard T. ELROD
Paula A. HAMER
Charles J. HARTZHEIM
Kelly S. KELLY
Charles D. KOEHLER
Kevin LONERGAN
Robert B. LOOMIS
Andrew J. ROSSMEISSL
Kristen S. SCHEUERMAN
Michael S. SIDDALL
Kyle J. THELEN
OF COUNSEL
Don R. HERRLING
Roger W. CLARK