UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

LARRY P. MARTIN,

    Plaintiff,

v.                                              Case No. 18-C-1570

UNITED STATES OF AMERICA, et al.,

    Defendants.

## ORDER

The court entered an order on January 15, 2020, after counsel advised that a settlement had been reached in this action, directing counsel to file a motion to dismiss this case or a stipulation of dismissal within thirty days, unless counsel requested additional time in writing. Dkt. No. 36. To date, counsel has neither filed a motion for an extension of time nor filed a stipulation of dismissal. Counsel was warned that failure to make a timely submission would result in the dismissal of the action with prejudice for failure to prosecute. Accordingly, this case is dismissed with prejudice for failure to prosecute. Civil L.R. 41(c).

**SO ORDERED** at Green Bay, Wisconsin this 21st day of February, 2020.

                                                   s/ William C. Griesbach
                                                   William C. Griesbach, District Judge
                                                   United States District Court